# EXHIBIT "B"

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

JACOB TANKERSLEY, ON BEHALF
OF HIMSELF AND THOSE
SIMILARLY SITUATED,

CASE NO: 5:09-CV-00142-WTH-GRJ

      Plaintiff,

vs.

LOWE'S HOME CENTERS, INC., A
NORTH CAROLINA CORPORATION,

      Defendant.
_____/

## OPT-IN CONSENT TO BECOME PARTY PLAINTIFF

TO:   THE CLERK OF THE COURT AND TO EACH PARTY AND COUNSEL OF RECORD

     By my signature below, I hereby authorize the filing and prosecution of the above-styled Fair Labor Standards Act action in my name and on my behalf by the above-representative Plaintiff and designate the class representative as my agent to make decisions on my behalf concerning the litigation, the method and manner of conducting the litigation, the entering of an agreement with Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit. I have read and I understand the Notice of Collective Action that accompanied my copy of this Consent. I hereby consent to become a member of this collective action and consent to be bound by any adjudication by the Court regarding the Fair Labor Standards Act in this lawsuit.

     Signature: _____   Date:_____
     Printed Name: _____
     Street Address: _____
     City, State, Zip: _____
     Telephone No.: _____

IF YOU WISH TO JOIN THE FAIR LABOR STANDARDS ACT COLLECTIVE ACTION, THIS FORM MUST BE COMPLETED, SIGNED AND RETURNED WITH A POSTMARK ON OR BEFORE _____ TO:  C. Ryan Morgan, Esquire
                                                                     Morgan & Morgan, P.A.
                                                                     20 N. Orange Avenue, 16th Floor
                                                                     P.O. Box 4979
                                                                     Orlando, FL 32802-4979
                                                                     Telephone: (407) 420-1414
                                                                     Facsimile: (407) 420-5956
                                                                     rmorgan@forthepeople.com