IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

JACOB TANKERSLEY, ON BEHALF OF HIMSELF AND THOSE SIMILARLY SITUATED,

CASE NO.:  5:09-CV-00142-WTH-GRJ

    Plaintiffs,

vs.

LOWE'S HOME CENTERS, INC., a North Carolina Corporation,

    Defendant.               /

## JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

Plaintiff, JACOB TANKERSLEY, on behalf of himself and those similarly situated, and Defendant, LOWE'S HOME CENTERS, INC., a North Carolina Corporation, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) hereby move this court for entry of an order dismissing this action **WITHOUT PREJUDICE.**

Dated this 2nd day of August, 2010.

| /s/ C. RYAN MORGAN | /s/ JUAN C. ENJAMIO |
|---|---|
| C. RYAN MORGAN, Esq. | JUAN C. ENJAMIO, Esq. |
| Florida Bar No. 0015527 | HUNTON & WILLIAMS LLP |
| MORGAN & MORGAN, P.A. | Florida Bar No. 386601 |
| 20 N. Orange Avenue, 4th Floor | Mellon Financial Center |
| P.O. Box 4979 | 1111 Brickell Avenue, Suite 2500 |
| Orlando, Florida 32802-4979 | Miami, Florida 33131 |
| Telephone:  (407) 420-1414 | Telephone: (305) 810-2500 |
| Facsimile:  (407) 420-5956 | Facsimile (305) 810-2460 |
| E-mail: rmorgan@forthepeople.com | E-mail: gmora@hunton.com |
| **Attorneys for Plaintiff** | **Attorneys for Defendant** |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing has been served to: Juan C. Enjamio, Esquire, Hunton & Williams, LLP, 1111 Brickell Avenue Suite 2500, Miami, Fl 33131; email: jenjamio@hunton.com, using the CM/ECF filing system, which I understand will send a notice of electronic filing this 2nd day of August 2010.

**/s/ C. RYAN MORGAN**
C. Ryan Morgan, Esq.